**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT. WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br>**CHARLIE VINCIN BROOKS**<br><br>**DEBTOR(S)** | §<br>§<br>§<br>§<br>§ | **CASE NO. 26-43543**<br><br>**CHAPTER 7** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

CITY BANK, a creditor in the above-captioned case, hereby gives notice of its appearance in said case by and through the following-named counsel:

Dominique Varner
Michael Weems

Hughes, Watters & Askanase, L.L.P.
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 590-4200
Fax (713) 590-4230

Further, the above-named creditor hereby requests through its said counsel that the Clerk of the above-named Court, or any party authorized or directed by the United States Bankruptcy Code to mail notices, mail to said counsel copies of all notices to parties-in-interest hereinafter given in said case. This request includes all notices, copies, and pleadings referred to in Rules 2004, 4004, 4007, and 9007, of the Bankruptcy Rules including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted:

**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-590-4218, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-590-4222, mweems@hwa.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 590-4200
Fax (713) 590-4230
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent by electronic mail or by First Class U. S. Mail, postage prepaid on the 17th day of August, 2026, to:

DEBTOR
CHARLIE VINCIN BROOKS
109 WILLOW CREEK CIR
MANSFIELD, TX 76063

DEBTORS' ATTORNEY
CLAYTON EVERETT
515 E. BORDER ST., STE 163
ARLINGTON, TX 76010

TRUSTEE
MARILYN GARNER
LAW OFFICES OF MARILYN D. GARNER
2007 E. LAMAR BLVD, STE 200
ARLINGTON, TX 76006

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
1100 COMMERCE STREET, ROOM 976
DALLAS, TX 75202

Dominique Varner TBA #00791182/FIN 18805
Michael Weems TBA #24066273